UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE MCKESSON GOVERNMENTAL ENTITIES
AVERAGE WHOLESALE PRICE LITIGATION

                                         C.A. No.  1:08-CV-10843-PBS
                                                            Lead Docket Number

                                         C.A. No.   1:09-CV-10843-PBS

## ORDER OF CONSOLIDATION

Case number 1:09-cv-10843-PBS is consolidated with civil action number 1:08-cv-10843-PBS.  **All future pleadings will be docketed in civil action number 1:08-cv-10843-PBS** which has been designated the Lead Case.
**SO ORDERED.**

Dated: May 3, 2011                                                          /s/ Patti B. Saris
                                                                                  Patti B. Saris
                                                                                  United States District Judge