UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE MCKESSON GOVERNMENTAL ENTITIES AVERAGE WHOLESALE PRICE LITIGATION | Master File No.: 1:08-CV-10843-PBS <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br><br> *Oakland County and City of Sterling Heights, Michigan v. McKesson Corporation*, No. 1:09-CV-10843-PBS | |

## STIPULATED ORDER OF DISMISSAL

Please take notice that pursuant to Rule 41(a)(1), Plaintiffs Oakland County and City of Sterling Heights, Michigan and Defendant McKesson Corporation hereby stipulate to dismissal of Plaintiffs' separate action. This stipulation is contingent on the Court's final approval of the Douglas County Settlement and is without prejudice to renewal if and only if the Douglas County Settlement is not approved.

IT IS SO ORDERED.

DONE this _____ day of January, 2012.

_____
HONORABLE PATTI B. SARIS
United States District Court

Respectfully Submitted,

On Behalf of Oakland County and City of Sterling Heights, Michigan

By   s/ Steve W. Berman
    Steve W. Berman

On Behalf of McKesson Corporation

By   s/ Paul Flum
    Melvin R. Goldman
    James P. Bennett
    Paul Flum

- 1 -

001821-17 495305 V1